JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MANCILLA, et al., | Case No. SACV 15-674-GW(AGRx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| BRAZEAU THOROUGHBRED FARMS, L.P., et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: September 23, 2015

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE